Case 1:03-cr-00369-CCB   Document 756-1   Filed 11/21/11   Page 1 of 3

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

2011 DEC 28  P 1: 59

CLERK'S OFFICE
AT BALTIMORE

DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NO.  CCB-03-0369** |
| | : | |
| **TYREE STEWART,** | : | |
| | : | |
| **Defendant** | : | |

...oooOooo...

### FIRST AMENDMENT TO THE
### PRELIMINARY ORDER OF FORFEITURE

Before the court is the Government's motion to amend the Order of Forfeiture

pursuant to Rule 32.2(e) to include substitute assets that are currently in the

Government's custody.  For reasons set forth on the Government's motion, it is

HEREBY ORDERED that the Order of Forfeiture is amended to include the

following assets:

a.  Jewelry, 2 rings and 1 brooch (03-ATF-001589);

b.  Jewelry 5 Pieces & Payment Documents, 2 Bracelets, 1 Rings,  1

Gucci Watch, 1 Necklace (03-ATF-001590);

c.  One fur coat with Shanai Dunmore inscribed inside (03-ATF-001591);

d.  One Gucci Handbag (03-ATF-001592);

e.  1993 Buick LaSabre, VIN: 1G4HR53L9PH465749, Tan,

TAG:772BMD (03-ATF-001593);

f.  1999 Lexus, VIN: JT8BH68X2X0017235, GS400, Silver, TAG

GHM514 (03-ATF-001594);

g.     $400.00 U.S. Currency (03-ATF-001610);

h.     $1,814.00 U.S. Currency (03-ATF-001611);

i.     $640.00 U.S. Currency (03-ATF-001612);

j.     $2,380.00 U.S. Currency (03-ATF-001613);

k.     $175.00 U.S. Currency (03-ATF-001614);

l.     $6,173.00 U.S. Currency (03-ATF-001615);

m.     $6,863.00 U.S. Currency (03-ATF-001616);

n.     $4,800.00 U.S. Currency (03-ATF-001617);

o.     $41.00 U.S. Currency (03-ATF-001618);

p.     $50,271.00 U.S. Currency (03-ATF-001619);

q.     $15,142.00 U.S. Currency (03-ATF-001620);

r.     $150.00 U.S. Currency (03-ATF-001621);

s.     $30.00 U.S. Currency (03-ATF-001622);

t.     $50.00 U.S. Currency (03-ATF-001623);

u.     $1,127.00 U.S. Currency (03-ATF-001624);

v.     $780.00 U.S. Currency (03-ATF-001625);

w.     $35.00 U.S. Currency (03-ATF-001626);

x.     $601.00 U.S. Currency (03-ATF-001628);

y.     $2,250.00 U.S. Currency (03-ATF-001629);

z.     $17,510.00 U.S. Currency (03-ATF-001630);

aa.     $11.44 U.S. Currency (03-ATF-001631);

bb.     $77,543.93 U.S. Currency (06-ATF-002086); and

**IT IS FURTHER ORDERED** that the Government shall commence all necessary

proceedings required by law regarding the rights of third parties to contest the forfeiture, and

**IT IS FURTHER ORDERED** that upon the conclusion of any ancillary proceedings regarding such third party rights, or if no third party files a timely claim, the order of forfeiture shall become final, and the United States shall dispose of the forfeited property in accordance with the law.

Date: ___12/28/11___    _____

Honorable Catherine C. Blake
U.S. District Judge