**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

2017 NOV 14  PM 1: 01

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | **CRIMINAL NO. CCB 03cr369** |
| v. | : | |
| | : | |
| MARLON PAUL | : | |

## ORDER FOR DISMISSAL

On November 17, 2004, the defendant in the above captioned case was charged via

superseding indictment with various drug charges.  The defendant has been a fugitive since that

time.  Given the age of this case and after an examination of the extant evidence, the Government

believes that dismissal of the case against the defendant is appropriate.  Therefore, pursuant to

Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the

United States Attorney for the District of Maryland hereby dismisses without prejudice the

indictment and superseding indictment against Marlon Paul in the above captioned case.

Stephen M. Schenning
Acting United States Attorney

By _____/s/_____
Clinton J. Fuchs
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____11/13/17_____
Date

RECEIVED IN THE O:
CATHERINE C BLAK

NOV 13 2017

UNITED STATES DISTRICT JUDGE

_____
Honorable Catherine C. Blake
United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal:**       1.  Defendant is not in federal custody.

